■ In the Matter of MICHAEL MINTON, Petitioner, v JAMES F. NEWTON, as Superintendent of Watertown Correctional Fa-

cility, Respondent. [708 NYS2d 683] —Proceeding unanimously dismissed without costs as moot (*see, Matter of Free v Coombe,* 234 AD2d 996). (CPLR art 78 Proceeding Transferred by Order of Supreme Court, Jefferson County, Gilbert, J.) Present—Pigott, Jr., P. J., Hayes, Scudder, Kehoe and Balio, JJ.